IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:14-CV-551-FL

| | |
|---|---|
| EPIC TECH, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TNT SOFTWARE, LLC, 64 BUSINESS CENTER, LLC AND 401 BUSINESS CENTER, LLC,<br><br>    Defendants. | **CONSENT ORDER GRANTING JOINT MOTION TO STAY DEADLINE** |

  THIS CAUSE came before the undersigned on the joint motion by the Parties for an Order staying the deadlines set forth in the Consent Order Granting Joint Motion to Extend Deadlines on August 10, 2015 (DE 61).

  The Court has reviewed the Motion, the Brief in Support, and the record of this matter and finds that good cause exists to stay the deadlines for sixty (60) days as requested by the Parties.

  IT IS THEREFORE ORDERED that the case deadlines are stayed for a period of sixty (60) days from the date of this Order. If the case is not dismissed at the end of the sixty-day period, the Parties shall submit a status report and a new proposed schedule of remaining deadlines to the Court.

  Except for the stay, all other provisions of the Case Management Order, as previously modified, remain in effect.

This the 31st day of August, 2015.

_____
HON. LOUISE W. FLANAGAN
United States District Court Judge

WE CONSENT:

| | |
|---|---|
| /s/ Donald R. Pocock (w/ permission)<br>Donald R. Pocock, NC Bar No. 29393<br>Cassandra L. Crawford, NC Bar No. 45396<br>Attorney for Plaintiff Epic Tech, LLC<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>380 Knollwood Street, Suite 530<br>Winston-Salem, NC 27103<br>Telephone: 336.774.3324<br>Fax: 336.774.3376<br>E-mail: donald.pocock@nelsonmullins.com<br>E-mail: cassie.crawford@nelsonmullins.com<br>Local Civil Rule 83.1 Counsel<br><br>Ashley B. Summer*<br>Neil C. Jones*<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>Poinsett Plaza, Suite 900<br>104 South Main Street<br>Greenville, SC 29601<br>Telephone: (864) 250-2300<br>Facsimile: (864) 250-2394<br>Email: ashley.summer@nelsonmullins.com<br>Email: neil.jones@nelsonmullins.com<br>*Special Appearance, Local Civil Rule 83.1<br><br>Counsel for Plaintiff | /s/ Stephen H. Luther<br>Stephen D. Milbrath<br>Florida State Bar No.: 239194<br>Stephen H. Luther<br>Florida State Bar No.: 0528846<br>Allen, Dyer, Doppelt, Milbrath<br>& Gilchrist, P.A.<br>255 South Orange Avenue, Suite 1401<br>Orlando, Florida 32801<br>Telephone: (407) 841-2330<br>Facsimile: (407) 841-2343<br>Email: sluther@addmg.com<br>Special Appearance<br>Local Civil Rule 83.1<br><br>/s/ Christopher M. Thomas<br>Christopher M. Thomas, NC Bar No. 31834<br>Parker Poe Adams & Bernstein LLP<br>PNC Plaza<br>301 Fayetteville Street, Suite 1400<br>Raleigh, NC 27601<br>Telephone: 919.828.0564<br>Fax: 919.834.4564<br>Email: christhomas@parkerpoe.com<br>Local Civil Rule 83.1 Counsel<br><br>Counsel for Defendants |